**Appeal Dismissed and Memorandum Opinion filed February 4, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00730-CV**

---

**BENNETT  ONWUCHEKWA, Appellant**

**V.**

**SHIMARA  BROWN, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1157852**

---

## MEMORANDUM  OPINION

This appeal is from a judgment signed September 28, 2020. The clerk's record was filed November 9, 2020. No reporter's record was taken. No brief was filed.

On December 22, 2020, this court issued an order stating that unless appellant filed a brief on or before January 21, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Hassan, and Wilson.